## AFFIDAVIT OF SERVICE

| Case: 1:25-cv-01549-TNM | Court: IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | County: District Of Columbia, DC | Job: 13364711 |
|---|---|---|---|
| **Plaintiff / Petitioner:** EILEEN DEHOPE AND JOANNE FINEGAN | | **Defendant / Respondent:** NORCHAM WASHINGTON , DC INCORPORATED | |
| **Received by:** Fallin Investigative Services | | **For:** Karp, Wigodsky, Norwind & Gold, P.A | |
| **To be served upon:** NORCHAM WASHINGTON , DC INCORPORATED | | | |

I, Richard Fallin , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Reza Lustig, Intake Specialist, Corporate: 1015 15th Street Northwest Suite 1000, Washington, DC 20005
**Manner of Service:**   Registered Agent, May 22, 2025, 1:40 pm EDT
**Documents:**   Summons in a Civil Action dated 5/19/25; Complaint (Received May 19, 2025 at 2:00pm EDT)

**Additional Comments:**
1) Successful Attempt: May 22, 2025, 1:40 pm EDT at Corporate: 1015 15th Street Northwest Suite 1000, Washington, DC 20005 received by Reza Lustig, Intake Specialist. Age: 25; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 5'9"; Hair: Brown; Other: The recipient accepted the documents for Norcham Washington, DC INC.;

_Richard Fallin_                                          05/22/2025
Richard Fallin                                             **Date**

Fallin Investigative Services
108 East Road
Mt. Airy, MD 21771
240 372-3247