## AFFIDAVIT OF SERVICE

| Case:<br>1:25-cv-01549-TNM | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | County:<br>District Of Columbia, DC | Job:<br>13364829 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>EILEEN DEHOPE AND JOANNE FINEGAN | | **Defendant / Respondent:**<br>WASHINGTON PERFORMING ARTS SOCIETY | |
| **Received by:**<br>Fallin Investigative Services | | **For:**<br>Karp, Wigodsky, Norwind & Gold, P.A | |
| **To be served upon:**<br>WASHINGTON PERFORMING ARTS SOCIETY | | | |

I, Richard Fallin , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Bridgett Cooper, Company: 1400 K Street Northwest Suite 500, Washington, DC 20005
**Manner of Service:**          Registered Agent, May 22, 2025, 1:20 pm EDT
**Documents:**                  Summons in a Civil Action dated 5/19/25; Complaint (Received May 19, 2025 at 2:00pm EDT)

**Additional Comments:**
1) Successful Attempt: May 22, 2025, 1:20 pm EDT at Company: 1400 K Street Northwest Suite 500, Washington, DC 20005 received by Bridgett Cooper. Age: 35; Ethnicity: African American; Gender: Female; Weight: 175; Height: 5'6"; Hair: Black; Other: The recipient stated that she was the head of HR and she had been waiting on the court document.;

_[signature]_                                    05/22/2025

Richard Fallin                                   **Date**

Fallin Investigative Services
108 East Road
Mt. Airy, MD 21771
240 372-3247