IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EILEEN DEHOPE**, *et al.*

    **Plaintiffs,**

**v.**                                        Case No.: 1:25-cv-01549-TNM

**JONES LANG LASALLE AMERICAS, INC.**, *et al.*

    **Defendants.**

## NOTICE OF ENTRY OF APPEARANCE
## OF COUNSEL ALLIA BOROWSKI FOR PLAINTIFFS

Please enter the appearance of Allia Borowski, Esquire at Karp, Norwind, Gold & Karp, P.A., as counsel for Plaintiffs, Eileen DeHope and Joanne Finegan, in the above-captioned case.

                Respectfully Submitted,

                **KARP, NORWIND, GOLD & KARP, P.A.**

                *S/ Allia Borowski*
                Allia Borowski, Bar No. 1601838
                allia@karplawfirm.net
                Zachary King, Bar No. 499898
                zking@karplawfirm.net
                Edward Lee Norwind, Bar No. 936393
                lnorwind@karplawfirm.net
                2273 Research Boulevard, Suite 200
                Rockville, Maryland 20850
                301-948-3800 – phone
                301-948-5449 – fax
                *Counsel for the Plaintiffs*