IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EILEEN DEHOPE**, *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>**JONES LANG LASALLE AMERICAS, INC.**, *et al.*<br><br>**Defendants.** | Case No.: 1:25-cv-01549-TNM |

### ORDER DENYING DEFENDANT NORCHAM WASHINGTON, DC INCORPORATED'S RENEWED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

This matter comes before the Court on the *Defendant NorCham Washington, DC Incorporated's Renewed Motion for Extension of Time to File Responsive Pleadings,* and Plaintiffs' opposition thereto. Upon consideration of the motion, the opposition, the record herein, and good cause having been shown, it is this ___ day of _____ 2025, hereby:

**ORDERED,** that *Defendant NorCham Washington, DC Incorporated's Renewed Motion for Extension of Time to File Responsive Pleadings* is **DENIED**.

**SO ORDERED.**

_____
**Judge**